# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Betty Wallace,
    Plaintiff,

    v.                              1:09cv481
                                (J. Beckwith ; MJ Litkovitz)

Washington Mutual Bank,
    Defendant.

## ORDER

The preliminary pretrial conference order (Doc. 24) entered by the undersigned is hereby Vacated.

**It is so ordered**.

Date: 9/7/2012          s/Karen L. Litkovitz
                               Karen L. Litkovitz
                               United States Magistrate Judge